UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CASE NO. 2:11-cr-00317-DMC |
| SHARON LYNN BLAKELY | § | |

**ORDER ON <u>DEFENDANT'S UNOPPOSED MOTION TO TRAVEL</u>**

BE IT REMEMBERED that on this date came on to be heard Defendant's Unopposed Motion to Travel, and the Court having considered same is of the opinion that said motion should be GRANTED. It is therefore

ORDERED that Ms. Blakely be allowed to travel to Seattle, WA from August 4, 2011 to August 8, 2011 so that she may visit her daughter

SIGNED on this 3RD day of Aug [July struck through], 2011.

_____
HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE